1  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   San Francisco, California 94108
3  Telephone: (415) 956-1360
   Facsimile: (415) 625-1339
4
   Attorney for Plaintiff                    *E-FILED - 5/11/10*
5

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 KRISTOPHER SPYRKA,            )   NO. C 09-03584 RMW
                                 )
12         Plaintiff,            )   STIPULATION OF PARTIES FOR
                                 )   DISMISSAL WITH PREJUDICE
13                               )   [F.R.C.P. 41(a)(1)]  AND ORDER
   vs.                           )
14                               )
   AVNET, INC.,                  )
15                               )
           Defendant.            )
16 _____ )

17      WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues

18 set forth in this case.

19      IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this

20 entire action is hereby dismissed with prejudice.

21      IT IS FURTHER STIPULATED by and between the parties through their designated counsel

22 that each party bear their own attorneys' fees and litigation costs.

23 Dated: April 30, 2010                     LAW OFFICES OF ALAN ADELMAN

24
                                   By:  *Alan Adelman*
25                                      ALAN ADELMAN
                                        Attorney for Plaintiff
26

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NUMBER: C 09-03584 RMW

Dated: 5/3/10

LITLER MENDELSON

By: /s/ Michelle Heverly
MICHELLE HEVERLY
Attorneys for Defendant

Case 5:09-cv-03584-RMW   Document 22   Filed 05/11/10   Page 3 of 3

## ORDER

In consideration of the above stipulation and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Dated: 5/11/10

*Ronald M. Whyte*
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

CASE NUMBER: C 09-03584 RMW                    3